Matter of DeFreitas v Senft (2024 NY Slip Op 05797)

Matter of DeFreitas v Senft

2024 NY Slip Op 05797

Decided on November 20, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LINDA CHRISTOPHER
DEBORAH A. DOWLING
LOURDES M. VENTURA, JJ.

2024-08392

[*1]In the Matter of Russell DeFreitas, petitioner,
v
Anthony Senft, etc., et al., respondents. Russell DeFreitas, Riverhead, NY, petitioner pro se.

Letitia James, Attorney General, New York, NY (Stephanie Costa of counsel), for respondent Anthony Senft.
Raymond A. Tierney, District Attorney, Riverhead, NY (Grazia DiVincenzo of counsel), for respondent Jacob Kubetz.

DECISION, ORDER & JUDGMENT
Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of prohibition to prohibit the respondent Anthony Senft, a Judge of the County Court, Suffolk County, from continuing the prosecution of the petitioner in an action entitled People v DeFreitas, pending in the County Court, Suffolk County, under Indictment No. 71385/23, and application by the petitioner for poor person relief.
ORDERED that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022(b) is waived, and the application is otherwise denied as academic; and it is further,
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (Matter of Holtzman v Goldman , 71 NY2d 564, 569; see Matter of Rush v Mordue , 68 NY2d 348, 352). The petitioner has failed to demonstrate a clear legal right to the relief sought.
The petitioner's remaining contentions are without merit.
CONNOLLY, J.P., CHRISTOPHER, DOWLING and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court